UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Randy Belle,

                                Plaintiff,

       -against-

City of New York, et. al.,

                               Defendants.

-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

14 CV 965 (WFK) (LB)


I, Ramsey Baines, being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On **May 7, 2014**, at approximately **10:18 a.m.**, I served the summons and complaint in this matter on **PO Walid Ibrahim** by delivering a copy of same to **PAA Ali**, a person of suitable age and discretion at defendant's actual place of business within the state, **at PSA3, 25 Central Avenue, Brooklyn, New York, 11206**.


3. Thereafter, I mailed a copy of the summons and first amended complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
MAY 14, 2014

_____
Ramsey Baines

Sworn to me on the 14th day of MAY, 2014

_____
NOTARY PUBLIC

ROBERT MARINELLI
Notary Public, State of New York
Reg. No. 02MA6220272
Qualified in New York County
My Commission Expires June 2, 2018

ROBERT MARINELLI
Notary Public, State of New York
Reg. No. 02MA6220272
Qualified in New York County
My Commission Expires June 2, 2018