UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

RANDY BELLE,

                           Plaintiff,

                 -against-

CITY OF NEW YORK; Police Officer WALID
IBRAHIM, Shield No. 16017; MARSHALL WINSTON,
Shiled No. 4109; Police Officer VINCENT PIRA, Shield
No. 1645; Police Officer DUSTIN MORROW, Shield No.
6079; Police Officer JASON PULVER, Shield No. 27393;
Police Officer DEREK SIDDAL, Shield No. 19336; and
JOHN and JANE DOE 1 through 10, individually and in
their official capacities (the names John and Jane Doe
being fictitious, as the true names are presently unknown),

                         Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

14 CV 0965 (WFK)(LB)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to
resolve the remaining issues raised in this litigation, without further proceedings and without
admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and
between the undersigned, that:

            1.   The above-referenced action is hereby dismissed with prejudice; and

[THE REST OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

2.   Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
 _September 16_, 2014

Robert Marinelli, Esq.
299 Broadway, Suite 1501
New York, New York 10007
(212) 822-1427
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-2370

By: _____
        Robert Marinelli, Esq.

By: _____
        James F. Desmond, Jr.
        *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE